Estate of WILLIAM McCAUSLAND, Deceased, Appellant, v. Application of ANNIE F. McCAUSLAND, Respondent.*.

No. 4989; February 7, 1876.

Marriage—Contract in the Present.—The Findings of the Court below as to a contract of marriage in the present are not to be disturbed when made up on evidence substantially conflicting.

APPEAL from Probate Court, Santa Clara County.

Campbell, Fox & Campbell for appellant; J. E. McElrath for respondent.

*For subsequent opinion, see Estate of McCausland, 52 Cal. 568.

By the COURT.—There was evidence tending to prove both a contract of marriage in the present and also a contract per verba de futuro cum copula.

This must be decisive of the case, for, assuming a substantial conflict in the evidence, we cannot disturb the findings of the court below.

Judgment and order appealed from affirmed.